UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 AUG 24  PM 3: 34

CLERK

BY _____

GOODFIRE BREWING COMPANY, LLC,      )
    Plaintiff                                                      )
                                                                   )
                                                                   )
    v.                                                            )          Case No. 2:23-cv-282
                                                                   )
GOODFIRE LLP, d/b/a VERMONT         )
GOODFIRE CANNABIS,                          )
    Defendant                                                  )

## COMPLAINT

Plaintiff Goodfire Brewing Company, LLC ("Goodfire Brewing"), through its

attorneys, Harris Beach PLLC, complaining of Defendant Goodfire LLP d/b/a Vermont

Goodfire Cannabis ("Goodfire LLP"), alleges as follows:

### Statement of the Case

1.    Goodfire Brewing is a craft brewery with locations in Portland and Freeport,

ME, and has sold beer, apparel, and glassware under the GOODFIRE trademark since 2017.

Goodfire Brewing owns a federal trademark registration for the mark GOODFIRE and has

developed substantial common law rights in connection with mark.

2.    In 2023, long after Goodfire Brewing's first use and registration of the

GOODFIRE trademark, Goodfire LLP began selling cannabis products, apparel, and cannabis

under the confusingly similar trademarks GOODFIRE and VERMONT GOODFIRE

CANNABIS.  Goodfire LLP uses the mark GOODFIRE without the additional terms

VERMONT and CANNABIS in many instances, including on its webpage, in its social media

handles, and its email address.

gravel &
shea | ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

3.     Confusion is likely between the brands because the marks at issue are either identical (GOODFIRE or GOODFIRE) or highly related given the identical dominant terms with the only additional terms being descriptive or generic (GOODFIRE BREWING and VERMONT GOODFIRE CANNABIS). Further, the goods at issue are either identical (apparel and apparel) or related (craft beer and cannabis). With regard to the latter, both are intoxicating products and there has been more and more overlap between the craft beer and cannabis industries. Indeed, Goodfire Brewing has already begun seeing confusion in the marketplace between the brands.

4.     Accordingly, Goodfire Brewing now brings this complaint against Goodfire LLP with claims of trademark infringement and unfair competition under federal and common law, and the federal anti-cybersquatting statute.

## The Parties

5.     Plaintiff Goodfire Brewing Company, LLC, is a limited liability company organized and existing under the laws of the State of Maine, with a principal place of business at 219 Anderson Street, Suite 6, Portland, ME 04101.

6.     Defendant Goodfire LLP is a limited liability partnership organized and existing under the laws of the State of Vermont, with a principal place of business at 3627 Waterbury-Stowe Road, Waterbury Center, VT 05677.

## Jurisdiction and Venue

7.     This action arises under, inter alia, the Lanham Act, 15 U.S.C. § 1051 et seq. and related state and common law pertaining to trademark infringement unfair competition, and anti-cybersquatting law pursuant to 15 U.S.C. § 1125. This Court has subject matter jurisdiction under



gravel &
shea   ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

- 2 -

15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and under the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

8.      This Court has personal jurisdiction over Goodfire LLP because it was formed in this judicial district, because its sole operations are located in this judicial district, and because it transacts business in this judicial district.

9.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 because Goodfire LLP transacts business in this judicial district and/or a substantial part of the events or omissions giving rise to the claims in this complaint occurred in this judicial district.

FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS

Goodfire Brewing's Business and Trademark

10.      Goodfire Brewing is a craft brewery with two locations in Portland and Freeport, Maine.

11.      Goodfire Brewing opened to the public and began selling beer, apparel, and glassware on or about November 9, 2017.

12.      Goodfire Brewing is the owner by assignment of U.S. Registration No. 5,465,265 for the standard character mark GOODFIRE in connection with: (i) beer; (ii) clothing, namely, shirts, t-shirts, hats; visors; pants; shorts; sweatshirts; hooded sweatshirts; jackets; coats; gloves; caps; socks; and (iii) beverage glassware (the "GOODFIRE Registration").

13.      The GOODFIRE Registration registered on May 8, 2018 and is incontestable pursuant to 15 U.S.C. § 1065.

14.      Goodfire Brewing has developed substantial common law rights in the marks GOODFIRE and GOODFIRE BREWING via substantial marketing and sales (collectively, the "GOODFIRE Common Law Rights").



gravel &
shea   ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

- 3 -

15.     Goodfire Brewing's beers have been checked in over 112,000 times and rated over 87,000 times on the popular beer rating website and app Untappd.

16.     Goodfire Brewing has over 24,000 followers on Instagram.

17.     Goodfire Brewing owns and operates the website www.goodfirebrewing.com.

18.     Goodfire Brewing has also developed substantial common law rights specifically in the State of Vermont.

19.     The State of Vermont is less than three hours by car from Goodfire Brewing.

20.     Vermont has a robust craft beer scene and many Goodfire Brewing customers reside in Vermont.

21.     Goodfire Brewing's beers have been reviewed many times by Vermont residents on beer rating sites such as Untappd, BeerAdvocate, and RateBeer.

22.     Collectively, the GOODFIRE Registration and GOODFIRE Common Law Rights shall herein be referred to as the "GOODFIRE Trademark."

23.     Goodfire Brewing sells several beers with cannabis inspired names and flavor/aroma profiles, including Tri Combs (a reference to trichomes, a part of the cannabis plant), Terps (a reference to terpenes, a chemical compound found in cannabis), Hash (a reference to hash, a concentrated form of cannabis), and Hydro (a reference to hydroponics, a method of growing cannabis).

24.     Goodfire Brewing and Goodfire Brewing's customers often use cannabis-related terminology to describe the flavor and aroma profiles of Goodfire Brewing's beers.

<u>Goodfire LLP's Infringing Activities</u>

25.     Goodfire LLP operates a cannabis dispensary in Waterbury, VT.



gravel &
shea   ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

- 4 -

26.     Goodfire LLP does business under the marks GOODFIRE and VERMONT
GOODFIRE CANNABIS.

27.     Upon information and belief, Goodfire LLP did not begin using the marks
GOODFIRE and VERMONT GOODFIRE CANNABIS in commerce until 2023.

28.     Upon information and belief, Goodfire LLP did not begin using the mark
VERMONT GOODFIRE CANNABIS in commerce until 2023.

29.     Goodfire LLP owns and/or operates the website www.goodfirevt.com.

30.     This URL does not include the words VERMONT or CANNABIS.

31.     Goodfire LLP's website currently uses the term GOODFIRE alone without the
terms VERMONT and CANNABIS:



32.     As of February 2023 and prior to that date, Goodfire LLP's website
www.goodfirevt.com included multiple uses of the mark GOODFIRE alone, including on the
age verification page, the landing page, and the "About" page, each of which is excerpted below:





# The Best Cannabis Products in Town!

GoodFire is an adult use cannabis dispensary that offers a wide variety of products to help you relax and feel your best. We carry everything from CBD oil to pre-rolled joints, so you can find the perfect product for your needs.

# The GoodFire Mission

GoodFire is a cannabis dispensary that puts the health and well being of its customers first. Our mission is to serve the local community and tourism industry with empathy, integrity, and inclusion by providing an environment where the health benefits of cannabis are proactively shared and discussed.

GoodFire is passionate about helping people feel their best, and we believe that cannabis can play a major role in improving people's quality of life. We offer a wide variety of quality products and services, including flowers, concentrates, edibles, topicals and accessories. Our knowledgeable staff is always happy to answer any questions you may have about cannabis and its many benefits.

Come visit us today and see for yourself why GoodFire is Waterbury, Vermont's favorite place to buy cannabis.

33.     Goodfire LLP's website uses an online store powered by Dutchie.

34.     Dutchie's website uses the mark GOODFIRE DISPENSARY without the terms

VERMONT or CANNABIS:

gravel &
shea   ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369



35.     Upon information and belief, Goodfire LLP instructed Dutchie to use the mark GOODFIRE DISPENSARY.

36.     Goodfire LLP's Instagram handle is @goodfirevt.

37.     This handle does not include the terms VERMONT or CANNABIS.

38.     Goodfire LLP's Facebook page is https://www.facebook.com/goodfirevt/.

39.     This URL does not include the words VERMONT or CANNABIS.

40.     Goodfire LLP's Facebook page uses the mark GOODFIRE alone without the terms VERMONT and CANANBIS:

gravel &
shea   ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369



41.     Upon information and belief, Goodfire LLP's business email address is goodfirevt@gmail.com.  This email address does not include the terms VERMONT or CANNABIS.

42.     In addition to selling third party goods, Goodfire LLP sells VERMONT GOODFIRE CANNABIS branded products, including t-shirts, polo shirts, hats, lighters, and grinders.

43.     Goodfire LLP also sells canned, carbonated THC beverages, such as those offered by Taunik.

44.     Upon information and belief, the owners or representatives of Goodfire LLP have identified the name of the company to customers as GOODFIRE or GOOD FIRE.

45.     Upon information and belief, the owners or representatives of Goodfire LLP have identified the name of the company to the press as GOODFIRE or GOOD FIRE.

46.     For example, an August 18, 2022 article from the Waterbury Roundabout states with regard to Goodfire LLP:  "They plan to open one of Waterbury's first dedicated retail cannabis shops named Good Fire, hopefully by the end of the year."



gravel &
shea | ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

<u>Likelihood of Confusion and Actual Confusion</u>

47.     Goodfire LLP has used and is using the marks GOODFIRE and VERMONT GOODFIRE CANNABIS.

48.     Goodfire Brewing has used and is using the marks GOODFIRE and GOODFIRE BREWING CO.

49.     Goodfire Brewing's use and registration of the GOODFIRE mark predates any usage of the GOODFIRE or VERMONT GOODFIRE CANNABIS marks by Goodfire LLP.

50.     The marks GOODFIRE and GOODFIRE are identical.

51.     The marks GOODFIRE BREWING CO. and GOODFIRE are highly related because the term BREWING CO. is generic.

52.     The marks GOODFIRE and VERMONT GOODFIRE CANNABIS are highly related because GOODFIRE is the dominant term in each and because VERMONT and CANNABIS are either generic or geographically descriptive.

53.     The marks GOODFIRE BREWING CO. and VERMONT GOODFIRE CANNABIS are highly related because GOODFIRE is the dominant term in each and because BREWING CO., VERMONT, and CANNABIS are all either generic or geographically descriptive.

54.     Goodfire LLP sells t-shirts bearing the VERMONT GOODFIRE CANNABIS trademark.

55.     Goodfire Brewing sells t-shirts bearing the GOODFIRE BREWING CO. trademark.

56.     Goodfire LLP sells hats bearing the VERMONT GOODFIRE CANNABIS trademark.



gravel & shea | ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

57.     Goodfire Brewing sells hats bearing the GOODFIRE BREWING CO. trademark.

58.     Goodfire Brewing sells beverage glassware bearing the GOODFIRE BREWING CO. mark.

59.     Goodfire Brewing and Goodfire LLP both sell apparel under their respective trademarks.

60.     Goodfire LLP sells cannabis-related glassware through its VERMONT GOODFIRE CANNABIS store and online store Cannabis dispensary services and accessories are related to brewery services and beer.

61.     The cannabis and beer industries are related and have already begun to overlap.

62.     Tilray Brands, one of the largest cannabis companies in the world, recently acquired four craft and crafty beer brands from Anheuser Busch, namely, Shock Top, Blue Point Brewing Company, 10 Barrel Brewing Company, Redhook Brewery, and Widmer Brothers Brewing.

63.     Tilray Brands previously acquired the craft brewery Sweetwater Brewing Company.

64.     The Brewers Association published a book called "Brewing with Cannabis: Using THC and CBD in Beer."[1]

65.     Forbes published an article entitled: "Is Cannabis Beer the Next Big Trend in the U.S.?"[2]

---

[1] https://www.brewersassociation.org/press-releases/brewers-publications-brewing-with-cannabis/

[2] https://www.forbes.com/sites/elvaramirez/2021/04/28/is-cannabis-beer-the-next-big-trend-in-the-us/?sh=630aac2cda57



gravel &
shea  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION                    - 10 -
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

66.    Men's Journal published an article entitled: "Blue Moon's Founder Is Brewing a New Marijuana-Infused Craft Beer."[3]

67.    Many breweries sell hard seltzers.

68.    Many cannabis dispensaries sell THC seltzers.

69.    As discussed above, several Goodfire Brewing beers have cannabis inspired names and flavor/aroma profiles.

70.    Consumers have already begun confusing the trademarks of Goodfire Brewing and Goodfire LLP, including, for example, the following:



---

[3] https://www.mensjournal.com/food-drink/blue-moons-founder-is-brewing-a-new-thc-infused-craft-beer

gravel &
shea | ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

- 11 -

71.    On December 14, 2022, an owner of Goodfire Brewing reached out to the owner(s) of Goodfire LLP to ask them to reconsider their branding.

72.    On February 17, 2023, counsel for Goodfire Brewing sent a cease and desist letter to Goodfire LLP.

73.    Despite these communications and several efforts at reaching an amicable settlement, Goodfire LLP continues to infringe the GOODFIRE Trademark.

74.    Goodfire LLP has been on actual notice of the GOODFIRE Trademark since at least as early as December 14, 2022.

75.    Upon information and belief, Goodfire LLP was aware of Goodfire Brewing and/or the GOODFIRE Trademark prior to December 14, 2022.

76.    Upon information and belief, Goodfire LLP was aware of Goodfire Brewing and/or the GOODFIRE Trademark when it formed the entity Goodfire LLP.

77.    Goodfire LLP's infringement is willful.

## COUNT I
### Federal Trademark Infringement

78.    The allegations set forth in the paragraphs above are incorporated by reference as if fully set forth herein.

79.    Goodfire LLP's use of the marks GOODFIRE and VERMONT GOODFIRE CANNABIS in connection with cannabis dispensary services, apparel, and cannabis accessories is likely to cause confusion or mistake or deception to purchasers as to the source of the goods and constitutes trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114.

80.    Goodfire Brewing has no control over the nature and quality of the products offered by Goodfire LLP under the GOODFIRE and VERMONT GOODFIRE CANNABIS



gravel &
shea | ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

marks, and because of the confusion as to the source of Goodfire LLP's goods, Goodfire Brewing's goodwill with respect to the GOODFIRE Trademark will suffer.

81.     The goodwill of Goodfire Brewing under the GOODFIRE Trademark is of substantial value to Goodfire Brewing and Goodfire Brewing has suffered and will continue to suffer irreparable harm should the infringement by Goodfire LLP be allowed to continue.

82.     The trademark infringement by Goodfire LLP will continue unless enjoined by this Court. Pursuant to 15 U.S.C. § 1116, Goodfire Brewing seeks a preliminary and permanent injunction against further trademark infringement by Goodfire LLP.

83.     Goodfire LLP's acts of trademark infringement have caused harm and damage to Goodfire Brewing. The amount of these damages is not yet determined. Pursuant to 15 U.S.C. § 1117, Goodfire Brewing is entitled to and seeks Goodfire LLP's profits, actual damages, and costs of this action and such additional relief as may be deemed appropriate and awarded by this Court.

84.     Upon information and belief, Goodfire LLP's acts of trademark infringement have been and continue to be deliberate and willful and warrant an award of enhanced damages. In addition, Goodfire Brewing is entitled to and seeks a finding that this case is exceptional and warrants an award of attorneys' fees pursuant to 15 U.S.C. § 1117(a).

## COUNT II
### Federal False Designation of Origin and Unfair Competition

85.     The allegations set forth in the paragraphs above are incorporated by reference as if fully set forth herein.

86.     Goodfire LLP sells and markets the cannabis dispensary services, apparel, and cannabis accessories under the GOODFIRE and VERMONT GOODFIRE CANNABIS marks.

gravel &
shea    ATTORNEYS AT LAW

87.     Goodfire LLP's acts described herein constitute false or misleading descriptions and/or representations of fact which are likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Goodfire LLP's products with Goodfire Brewing in violation of the Lanham Act, 15 U.S.C. § 1125(a) and constitute unfair competition.

88.     Goodfire LLP's acts described herein further constitute false or misleading descriptions and/or representations of fact which, in commercial advertising or promotion, misrepresent the nature, characteristics, and qualities of its goods in violation of the Lanham Act, 15 U.S.C. § 1125(a) and constitute unfair competition.

89.     Upon information and belief, Goodfire LLP will continue its acts of unfair competition unless enjoined by this Court. Pursuant to 15 U.S.C. § 1116, Goodfire Brewing seeks a preliminary and permanent injunction against further acts of unfair competition by Goodfire LLP.

90.     Goodfire LLP's acts of unfair competition and false designation of origin have caused harm and damage to Goodfire Brewing. The amount of these damages is not yet determined. Pursuant to 15 U.S.C. § 1117(a), Goodfire Brewing is entitled to and seeks Goodfire LLP's profits, actual damages, and costs of this action and such additional relief as may be deemed appropriate and awarded by this Court.

91.     Upon information and belief, Goodfire LLP's acts of unfair competition and false designation of origin have been and continue to be deliberate and willful and warrant an award of enhanced damages. In addition, Goodfire Brewing is entitled to and seeks a finding that this case is exceptional and warrants an award of attorneys' fees pursuant to 15 U.S.C. § 1117(a).



gravel &
shea | ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

## COUNT III
### Common Law Trademark Infringement and Unfair Competition

92.     The allegations set forth in the paragraphs above are incorporated by reference as if fully set forth herein.

93.     This claim arises under the common law of the State of Vermont relating to trademark infringement, unfair competition, and passing off.

94.     Goodfire Brewing is the owner of all right, title, and interest in and to the distinctive GOODFIRE Trademark including substantial common law trademark rights in the State of Vermont.

95.     Upon information and belief, Goodfire LLP has intentionally appropriated the Goodfire Trademark with the intent of causing confusion, mistake, and deception as to the source of its goods and services.

96.     The aforesaid conduct of Goodfire LLP constitutes trademark infringement and unfair competition of Vermont law and is willful, wanton, and done in a manner designed to cause confusion in the mind of current and prospective purchasers of Goodfire Brewing's products and to intentionally trade on Goodfire Brewing's goodwill.

97.     Goodfire LLP's acts of common law trademark infringement have caused harm and damage to Goodfire Brewing. The amount of these damages is not yet determined. Goodfire Brewing seeks actual damages, exemplary damages, and such additional relief as may be deemed appropriate and awarded by this Court.

98.     Upon information and belief, Goodfire LLP will continue its willful acts of trademark infringement unless enjoined by this Court. Goodfire Brewing seeks a preliminary and permanent injunction against further acts of unfair competition by Goodfire LLP.



gravel &
shea  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

- 15 -

COUNT IV
Federal Anti-Cybersquatting

99.     The allegations set forth in the paragraphs above are incorporated by reference as if fully set forth herein.

100.    Upon information and belief, Goodfire LLP or an owner thereof is the domain name registrant for the domain name www.goodfirevt.com.

101.    Goodfire LLP has registered, trafficked in, and/or used the domain name www.goodfirevt.com.

102.    Goodfire LLP's acts described herein, upon information and belief, constitute a bad faith intent to profit from the GOODFIRE Trademark in violation of the Lanham Act, 15 U.S.C. § 1125(d)(1)(A) and constitute unfair competition via its use of the domain name www.goodfirevt.com, which is confusingly similar to the GOODFIRE Trademark.

103.    Goodfire Brewing has suffered and will continue to suffer irreparable harm to its goodwill and reputation, and Goodfire Brewing has no adequate remedy at law and will continue to suffer such harm unless Goodfire LLP's acts are enjoined by this Court.

104.    Pursuant to 15 U.S.C. § 1125(d)(1)(C), Goodfire Brewing is entitled to an order forfeiting, cancelling, or transferring the domain name www.goodfirevt.com to Goodfire Brewing.

105.    Goodfire LLP's knowing and willful behavior constitute grounds for Goodfire Brewing's recovery of the maximum allowable statutory damages under 15 U.S.C. § 1117(d) of $100,000 per domain name.

106.    Goodfire Brewing has sustained damages to its goodwill and reputation in an amount to be proven at trial.



gravel &
shea | ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

107. Pursuant to 15 U.S.C. § 1117, Goodfire Brewing is also entitled to its costs and Goodfire LLP's profits.

## JURY DEMAND

Goodfire Brewing hereby demands a trial by jury for all issues so triable alleged in this Complaint.

## Prayer For Relief

WHEREFORE, Goodfire Brewing, respectfully prays that this Court enter judgment as follows:

a. That Goodfire LLP individually, and its officers, agents, employees, attorneys, corporations, or companies under the control of Goodfire LLP, and all other persons in active concert and/or participation with Goodfire LLP, be preliminarily and permanently enjoined from engaging in the acts of trademark infringement, unfair competition, and trademark dilution complained of herein, including without limitation use of the GOODFIRE and VERMONT GOODFIRE CANNABIS marks and any confusingly similar mark, including in relation to websites and social media handles;

b. That Goodfire LLP be directed to provide an accounting of all revenue received from the sale of products and services resulting from their acts of trademark infringement and unfair competition complained of herein and that Goodfire LLP pay Goodfire Brewing all profits received by Goodfire LLP, and all damages suffered by Goodfire Brewing as a result of Goodfire LLP's acts of trademark infringement, unfair competition, and trademark dilution;

c. That Goodfire LLP's acts of are deliberate and willful, that this is an exceptional case, and that Goodfire Brewing be awarded enhanced damages, attorneys' fees, and costs of court;



gravel &
shea | ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

- 17 -

d.     That the domain name www.goodfirevt.com and any social media handles owned

or controlled by Goodfire LLP that include the word "goodfire," including but not limited to

Instagram and Facebook, be transferred to Goodfire Brewing;

e.     That Goodfire Brewing be awarded prejudgment and post-judgment interest; and

f.     For such other and further relief to which Goodfire Brewing is entitled.

Date: August 24, 2023                    By:

Matthew B. Byrne, Esq.
GRAVEL & SHEA PC
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, VT  05401

Brendan M. Palfreyman  Esq.
HARRIS BEACH PLLC
333 West Washington Street
Suite 200
Syracuse, NY 13202
(pro hac vice pending)

*Attorneys for Plaintiff Goodfire Brewing Company, LLC*

gravel &
shea  ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

- 18 -